IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES, | § | |
| | § | |
| v. | § | Cr. No. C-05-696 |
| | § | |
| DANIEL ESTEVIS. | § | |

## ORDER

In a sealed order entered March 26, 2007, the undersigned provisionally appointed counsel to represent Defendant Daniel Estevis ("Estevis"). The appointment was provisional because Estevis had not shown that he was financially eligible for appointed counsel. Accordingly, the undersigned directed the Clerk to provide Estevis with a blank *in forma pauperis* application and ordered that Estevis complete the application and return it to the Clerk within thirty days. The same order also warned:

> If Estevis fails to return the completed *in forma pauperis* application within thirty days after entry of this Order, then the provisional appointment of counsel may be terminated.

(D.E 23 at 2.)

To date, Estevis has not filed an *in forma pauperis* application. The Clerk is therefore directed to again provide a blank application to Estevis. **Estevis must file his completed *in forma pauperis* application within 30 days of the entry of this Order. If Estevis fails to timely provide the completed application, the provisional appointment of counsel may be terminated.**

It is ORDERED this 6th day of June, 2007.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE