IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES, | § | |
| | § | |
| v. | § | Cr. No. C-05-696 |
| | § | |
| DANIEL ESTEVIS. | § | |

## ORDER TO SHOW CAUSE

The undersigned provisionally appointed counsel to represent Defendant Daniel Estevis ("Estevis") in a sealed order entered March 26, 2007. (D.E. 23.) The appointment was provisional because Estevis had not shown that he was financially eligible for appointed counsel. Accordingly, the undersigned directed the Clerk to provide Estevis with a blank *in forma pauperis* application and ordered that Estevis complete the application and return it to the Clerk within thirty days. The same order also warned him that a failure to timely return the completed *ifp* application could result in the termination of his counsel's appointment. (D.E. 23 at 2.)

When he did not timely return that *in forma pauperis* application, the undersigned again directed the Clerk to provide Estevis with another copy of a blank application. (D.E. 25.) Estevis was instructed to complete and return the application within thirty days, which would have been by July 6, 2007. Again, Estevis was warned about his failure to comply with the Court's instructions: "If Estevis fails to timely provide the completed application, the provisional appointment of counsel may be terminated." (D.E. 25 at 1.) That order was sent certified mail to Estevis and the return receipt reflects that it was received at his place of incarceration on June 8, 2007. (D.E. 26.) To date, Estevis has not filed an *ifp* application.

In light of the foregoing, Estevis is hereby ORDERED to show cause why his provisional appointment of counsel should not be terminated. Estevis, either proceeding on his own or through

counsel, shall file a written statement with the Court not later than ten days after entry of this Order or counsel's appointment will be terminated.

Additionally, the Clerk is directed to provide a copy of this Order both directly to Estevis and also to Jose Gonzalez-Falla, who has been provisionally appointed to represent him.

It is so ORDERED this 23rd day of July.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE